**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**


| | | |
|---|---|---|
| **DAVID L. JEMISON,  #115044,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 11-0323-WS-C** |
| **WARDEN WHITE,** *et al.*, | : | |
| **Defendants.** | : | |


## ORDER


After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of  July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE