# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID L. JEMISON, #115044,** | : |
|     **Plaintiff,** | : |
| vs. | :   **CIVIL ACTION 11-0323-WS-C** |
| **WARDEN WHITE,** *et al.*, | : |
|     **Defendants.** | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of July, 2012.

                                                 s/WILLIAM H. STEELE
                                                 CHIEF UNITED STATES DISTRICT JUDGE