IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID L. JEMISON, #115044,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0323-WS-C |
| **WARDEN WHITE,** *et al.*, | : |
| Defendants. | : |

# JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of July, 2012.

                                                        s/WILLIAM H. STEELE
                                                        CHIEF UNITED STATES DISTRICT JUDGE